AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| | |
|---|---|
| United States of America <br> v. <br> Corbin KAUFFMAN <br><br> _Defendant(s)_ | ) ) ) ) ) ) ) Case No. 3:19mj 24 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 7, 2019__ in the county of __Carbon__ in the __Middle__ District of __Pennsylvania__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 875(c) | Transmission in interstate commerce of any threat to injure the person of another. |

This criminal complaint is based on these facts:
See attached affidavit.

☐ Continued on the attached sheet.

_____
_Complainant's signature_

Special Agent Joseph A. Traino, Jr., FBI
_Printed name and title_

Sworn to before me and signed in my presence.

Date: __03/30/2019__

_____
_Judge's signature_

City and state: __Scranton, PA__

HON KAROLINE MEHALCHICK
_Printed name and title_