# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff | : | 3:19-MJ-24 |
| : | | |
| v. | : | |
| | : | |
| Corbin Kauffman, | : | (MEHALCHICK, M.J.) |
| | : | |
| Defendant | : | |
| | : | |

## ORDER

**AND NOW**, this 4th day of April, 2019, upon the joint motion to continue the preliminary exam, placed on the record at the detention hearing today, the Court finds that the ends of justice will be served by affording the parties a brief period of time to conclude their discussions which seek to resolve certain issues in this case. The Court further finds that such a continuance outweighs the best interests of the public and the Defendant in a speedy trial and that it should be excluded under the Speedy Trial Act. For these reasons, it is hereby **ORDERED** as follows:

1. The parties' Joint Motion for Excludable Time Pursuant to the Speedy Trial Act is hereby **GRANTED**.

2. A thirty (30) day period will be excluded under the Speedy Trial Act, Title 18 United States Code, Section 3161(h)(7)(A) to allow the parties to conclude their discussions which seek to resolve the issues in the case.

3. The preliminary examination scheduled for Wednesday, April 10, 2019, is hereby continued and rescheduled for **Friday, May 03, 2019at 10:00 AM** in Courtroom No. 6, William J. Nealon Federal Building, 235 North Washington Ave., Scranton, Pennsylvania.

BY THE COURT:

*s/Karoline Mehalchick*
KAROLINE MEHALCHICK
United States Magistrate Judge