UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CASE NO. 3:19-MJ-00024 |
| -vs- : | |
| : | (MEHALCHICK, M.J.) |
| CORBIN KAUFFMAN : | |
| Defendant : | |

## ORDER

AND NOW, this 30th day of April, 2019, it is hereby

**ORDERED:**

1. The motion to continue the Preliminary Examination is **GRANTED**.

2. The Preliminary Exam scheduled for May 3, 2019, is continued until the 29th day of May, 2019 at 10:00 a.m.

3. Any delay occasioned by the granting of this motion and the extension of time to file pretrial motions shall be excluded from the speedy trial calculation pursuant to the Speedy Trial Act, 18 U.S.C. § 3161 (h)(7), and this Order.

*Karoline Mehalchick*

KAROLINE MEHALCHICK
U.S. DISTRICT COURT JUDGE