# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CASE NO. 3:19-MJ-00024 |
| -vs- : | |
| : | (MEHALCHICK, M.J.) |
| CORBIN KAUFFMAN : | |
| Defendant : | |

## ORDER

AND NOW, this **2nd** day of January, 2020, it is hereby **ORDERED**:

1. The motion to continue the Preliminary Examination is **GRANTED**.

2. The Preliminary Exam scheduled for January 2, 2020, is continued until the **31st** day of **January**, 2020 at **10:00 a**.m.

3. Any delay occasioned by the granting of this motion and the extension of time to file pretrial motions shall be excluded from the speedy trial calculation pursuant to the Speedy Trial Act, 18 U.S.C. § 3161 (h)(7), and this Order.

_____
KAROLINE MEHALCHICK
U.S. DISTRICT COURT JUDGE