# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 3:19-MJ-24 |
| v. | (MEHALCHICK, M.J.) |
| Corbin Kauffman, | |
| Defendant | |

## ORDER

**AND NOW, this 1st, April 2020,** having been notified that an Information has been filed, **IT IS HEREBY ORDERED** that the Preliminary Examination previously scheduled for March 30, 2020 is **CANCELLED.**

**Dated: April 1, 2020**

*s/ Karoline Mehalchick*
**KAROLINE MEHALCHICK**
**United States Magistrate Judge**